1
2
3
4
5
6
7

8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA
10

| | | |
|---|---|---|
| 11 UNITED STATES OF AMERICA, | ) | NO.: CR 04-00669-AHM |
| 12               Plaintiff, | ) ) | ORDER OF DETENTION AFTER HEARING [Fed.R.Crim.P. 32.1(a)(6); |
| 13          v. | ) ) | 18 U.S.C. 3143(a)] |
| 14 MARISOL QUEVEDO-RIVAS, | ) ) | |
| 15               Defendant. | ) ) | |
| 16 | ) ) | |

17 _____

18      The defendant having been arrested in this District pursuant to
19 a warrant issued by the United States District Court for the Central
20 District of California for alleged violation(s) of the terms and
21 conditions of her supervised release; and
22      The Court having conducted a detention hearing pursuant to
23 Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),
24      The Court finds that:
25 A.   (X)  The defendant has not met her burden of establishing by
26           clear and convincing evidence that she is not likely to flee if
27           released under 18 U.S.C. § 3142(b) or (c).  This finding is
28 Deten[2].ord

based on the defendant's numerous prior violations of the terms of her supervised release and the instant allegations.

and

B.  (X)  The defendant has not met her burden of establishing by clear and convincing evidence that she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the defendant's prior criminal history.

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

DATED: March 14, 2008

*Margaret A. Nagle*
MARGARET A. NAGLE
United States Magistrate Judge

Deten[2].ord                                    2